# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Entertainment One UK Ltd

                                                Plaintiff,

v.                                               Case No.: 1:18−cv−00884

                                                Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's ex parte motion for a temporary restraining order, including a temporary injunction, an order to temporarily transfer of the Defendant domain names, a temporary asset restraint, expedited discovery, and service of process by email and electronic publication order [3] is granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.